1  LATHAM & WATKINS LLP
       Daniel Scott Schecter (Bar No. 171472)
2        *daniel.schecter@lw.com*
   355 South Grand Avenue
3  Los Angeles, California  90071-1560
   Telephone:   (213) 485-1234
4  Facsimile:   (213) 891-8763

5  LATHAM & WATKINS LLP
       David F. Kowalski (Bar No. 265527)
6        *david.kowalski@lw.com*
   12670 High Bluff Drive
7  San Diego, CA 92130
   Telephone:   (858) 523-5400
8  Facsimile:   (858) 523-5450

9  LATHAM & WATKINS LLP
       Blair Connelly (Bar No. 174460)_
10       *blair.connelly@lw.com*
       William O. Reckler (pro hac vice)
11       *william.reckler@lw.com*
       Paul A. Serritella (pro hac vice)
12       *paul.serritella@lw.com*
   885 Third Avenue
13 New York, New York 10022-4834
   Telephone:   (212) 906-1200
14 Facsimile:   (212) 751-4864

15 Attorneys for Plaintiff CrossFit, Inc.

16
   MANNING & KASS, ELLROD, RAMIREZ, TRESTER
17 LLP
       Kenneth S. Kawabata (Bar No. 149391)
18       *ksk@manningllp.com*
   550 West C Street, Suite 1900
19 San Diego, CA 92101
   Telephone:  (619) 515-0269
20 Facsimile:   (619) 515-0268

21 MANNING & KASS, ELLROD, RAMIREZ, TRESTER
   LLP
22     Anthony J. Ellrod (Bar No. 136574)
       *aje@manningllp.com*
23 801 S Figueroa St.
   Los Angeles, CA 90017
24 Telephone:   (213) 624-6900
   Facsimile:   (213) 624-6999

25
   Attorneys for Defendant National Strength &
26 Conditioning Association

27

28

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation, | **CASE NO.  14cv1191-JLS(KSC)** |
| Plaintiff, | **JOINT MOTION FOR PROTECTIVE ORDER** |
| v. | Judge:  The Honorable Janis L. Sammartino |
| NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation, | The Honorable Karen S. Crawford |
| Defendant. | |

18

19

20

21

22

23

24

25

26

27

28

Plaintiff CrossFit, Inc. ("CrossFit" or "Plaintiff") and Defendant the

National Strength and Conditioning Association ("NSCA" or "Defendant") having

agreed that the materials to be exchanged throughout the course of the litigation

between the parties may comprise potentially confidential, non-public, commercial

or personal material, hereby agree and stipulate, by and through their respective

counsel and subject to the Order of this Court, to the proposed Protective Order

lodged herewith.

Respectfully submitted,

Dated: August 6, 2014

| | |
|---|---|
| LATHAM & WATKINS LLP | MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP |
| By: ___/s/ Paul A. Serritella___<br>Paul A. Serritella<br>(*pro hac vice*) | By: ___/s/ Kenneth S. Kawabata_<br>Kenneth S. Kawabata<br>(Bar No. 149391) |
| 885 Third Avenue<br>New York, New York 10022-4834<br>Telephone:  (212) 906-1200<br>Facsimile:   (212) 751-4864<br>*paul.serritella@lw.com* | 550 West C Street, Suite 1900<br>San Diego, CA 92101<br>Telephone:  (619) 515-0269<br>Facsimile:   (619) 515-0268<br>*ksk@manningllp.com* |
| *Counsel for Plaintiff CrossFit, Inc.* | *Counsel for Defendant National Strength & Conditioning Association* |

**JOINT MOTION FOR PROTECTIVE ORDER**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendant and that I have obtained authorization from Kenneth S. Kawabata to affix his electronic signature to this document.


_____/s/ Paul A. Serritella_____

Paul A. Serritella

# CERTIFICATE OF SERVICE
## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CROSSFIT, INC., v. NATIONAL STRENGTH AND CONDITIONING ASSOCIATION,

District Court Case No. 14-cv-1191-JLS(KSC)

I, Paul A. Serritella, hereby certify that I am over the age of eighteen and not a party to the within action; I am employed by Latham & Watkins LLP in the County of New York at 885 Third Avenue, New York, New York 10022.

On the 6th day of August, 2014, I served the document below described as:

**JOINT MOTION FOR PROTECTIVE ORDER**

The document(s) was/were served by the following means:

- **BY ELECTRONIC TRANSMISSION VIA NEF:** I hereby certify that I electronically filed the foregoing document(s) with the Clerk of Court using the CM/ECF system, which sent Notifications of Electronic Filing to the persons at the e-mail addresses listed immediately below. Accordingly, pursuant to the Court's Local Rule 5.4(c), I caused the document(s) to be sent electronically to the persons listed immediately below.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on August 6, 2014 at New York, New York.

_____/s/ Paul A. Serritella_____

Paul A. Serritella

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# SERVICE LIST

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

CROSSFIT, INC., v. NATIONAL STRENGTH AND CONDITIONING

ASSOCIATION,

District Court Case No. 14-cv-1191-JLS(KSC)

MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP

Kenneth S. Kawabata

ksk@manningllp.com

550 West C Street

Suite 1900

San Diego, CA 92101

Telephone:  (619) 515-0269

Facsimile:    (619) 515-0268

Anthony J. Ellrod

aje@manningllp.com

801 S Figueroa St.

Los Angeles, CA 90017

Telephone:   (213) 624-6900

Facsimile:    (213) 624-6999