LATHAM & WATKINS LLP
  Daniel Scott Schecter (Bar No. 171472)
  daniel.schecter@lw.com
355 South Grand Avenue
Los Angeles, California  90071-1560
Telephone:   (213) 485-1234
Facsimile:   (213) 891-8763

LATHAM & WATKINS LLP
  David F. Kowalski (Bar No. 265527)
  david.kowalski@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Telephone:   (858) 523-5400
Facsimile:   (858) 523-5450

LATHAM & WATKINS LLP
  Blair Connelly (Bar No. 174460)
  blair.connelly@lw.com
  William O. Reckler (pro hac vice)
  william.reckler@lw.com
  Paul A. Serritella (pro hac vice)
  paul.serritella@lw.com
885 Third Avenue
New York, New York 10022-4834
Telephone:   (212) 906-1200
Facsimile:   (212) 751-4864

Attorneys for Plaintiff CrossFit, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation,<br><br>                    Defendant. | **CASE NO.  14cv1191-JLS(KSC)**<br><br>**PLAINTIFF'S APPLICATION TO FILE MATERIALS UNDER SEAL**<br><br>Judge:       The Honorable Janis L. Sammartino<br><br>                   The Honorable Karen S. Crawford |

Pursuant to Local Rule 79.2 and Chambers Rule IX, Plaintiff hereby applies to file the following documents under seal (the "Application"):

1. Exhibit 15 to the Declaration of Paul A. Serritella, a document bearing bates number NSCA 00373-77;

2. Unredacted Version of Plaintiff's Memorandum of Points and Authorities in Support of Joint Motion for Determination of Discovery Dispute.

This application is made on the grounds that:

1. "Good cause" exists to file the above-identified documents under seal. *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006) (where document is submitted in support of a non-dispositive motion, the party seeking to seal need only make a "particularized showing" that "good cause" exists).

2. The above listed exhibit was designated by Defendant NSCA as "Confidential" pursuant to the Protective Order entered in this case, which allows the parties to designate as "Confidential," any material whose disclosure "could be potentially prejudicial to the business or operations of such party." Protective Order (Dkt. No. 14) ¶ 4. Pursuant to the Confidentiality Order, documents designated by the parties as "Confidential" are required to be filed under seal. *Id.* ¶ 12. Plaintiff's Memorandum of Points and Authorities discusses and quotes this exhibit. Plaintiff will separately submit a redacted version of the Memorandum with such references removed.

3. Good cause exists to seal these documents because they contain highly confidential, competitively valuable information that is not generally available to the public whose disclosure may prejudice the Defendant NSCA.

4. Plaintiff has discussed this matter with counsel for the NSCA, who has indicated that they intend the document to be designated "confidential" under the protective order, and who does not oppose this application.

Accordingly, Plaintiff requests that the Court enter an Order permitting the

above referenced documents to be filed under seal.  A Proposed Order granting this Application has been submitted herewith.

   Respectfully submitted,

   Dated: November 3, 2014

                              LATHAM & WATKINS LLP

                              By: ___/s/_ Paul A. Serritella_____
                                   Paul A. Serritella
                                   (*pro hac vice*)

                              885 Third Avenue
                              New York, New York 10022-4834
                              Telephone:  (212) 906-1200
                              Facsimile:   (212) 751-4864
                              paul.serritella@lw.com

                              *Counsel for Plaintiff CrossFit, Inc.*

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

NY\6629664.1

2

PLAINTIFF'S APPLICATION TO
FILE MATERIALS UNDER SEAL

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CROSSFIT, INC., v. NATIONAL STRENGTH AND CONDITIONING ASSOCIATION,

District Court Case No. 14-cv-1191-JLS(KSC)

I, Paul A. Serritella, hereby certify that I am over the age of eighteen and not a party to the within action; I am employed by Latham & Watkins LLP in the County of New York at 885 Third Avenue, New York, New York 10022.

On November 3, 2014, I served the document below described as :

**PLAINTIFF'S APPLICATION TO FILE MATERIALS UNDER SEAL**

The document(s) was/were served by the following means:

- **BY ELECTRONIC TRANSMISSION VIA NEF:** I hereby certify that I electronically filed the foregoing document(s) with the Clerk of Court using the CM/ECF system, which sent Notifications of Electronic Filing to the persons at the e-mail addresses listed immediately below. Accordingly, pursuant to the Court's Local Rule 5.4(c), I caused the document(s) to be sent electronically to the persons listed immediately below.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on November 3, 2014 at New York, New York.

                                            /s/ Paul A. Serritella

                                            Paul A. Serritella

# SERVICE LIST
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

CROSSFIT, INC., v. NATIONAL STRENGTH AND CONDITIONING ASSOCIATION,

District Court Case No. 14-cv-1191-JLS(KSC)

MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP

Kenneth S. Kawabata

ksk@manningllp.com

550 West C Street

Suite 1900

San Diego, CA 92101

Telephone:  (619) 515-0269

Facsimile:    (619) 515-0268


Anthony J. Ellrod

aje@manningllp.com

801 S Figueroa St.

Los Angeles, CA 90017

Telephone:  (213) 624-6900

Facsimile:    (213) 624-6999

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

NY\6629664.1

4

PLAINTIFF'S APPLICATION TO
FILE MATERIALS UNDER SEAL