# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado Corporation,<br><br>Defendant. | CASE NO. 14-cv-1191 JLS (KSC)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 38) |

Presently before the Court is Plaintiffs' Motion for Partial Summary Judgment on the Element of Falsity. (ECF No. 38.) The motion hearing set for April 2, 2015 is **HEREBY VACATED** and the matter is taken under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

DATED: March 26, 2015

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge