LATHAM & WATKINS LLP
   Daniel Scott Schecter (Bar No. 171472)
   *daniel.schecter@lw.com*
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
   David F. Kowalski (Bar No. 265527)
   *david.kowalski@lw.com*
12670 High Bluff Drive
San Diego, California 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

LATHAM & WATKINS LLP
   Blair Connelly (Bar No. 174460)
   *blair.connelly@lw.com*
   William O. Reckler (pro hac vice)
   *william.reckler@lw.com*
   Paul A. Serritella (pro hac vice)
   *paul.serritella@lw.com*
885 Third Avenue
New York, New York 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Attorneys for Plaintiff CrossFit, Inc.

MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP
   Kenneth S. Kawabata (Bar No. 149391)
   *ksk@manningllp.com*
550 West C Street, Suite 1900
San Diego, California 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP
   Anthony J. Ellrod (Bar No. 136574)
   *aje@manningllp.com*
801 S Figueroa St., 15th Floor
Los Angeles, California 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant National Strength & Conditioning Association

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation,<br><br>  Defendant. | CASE NO. 14cv1191-JLS(KSC)<br><br>**SECOND JOINT MOTION TO EXTEND DISCOVERY DATES**<br><br>Judge:   The Honorable Janis L. Sammartino<br><br>         The Honorable Karen S. Crawford<br><br>Courtroom: 4A |

Pursuant to the Chamber Rules and Civil Pretrial Procedures of the Honorable Karen S. Crawford (the "Chamber Rules"), Plaintiff CrossFit, Inc. ("CrossFit, Inc." or "Plaintiff") and Defendant National Strength and Conditioning Association ("NSCA" or "Defendant") hereby jointly petition the Court to extend the deadlines for discovery set out in the January 22, 2015 Amended Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (Dkt. No. 34) (the "Amended Scheduling Order") and for such other measures as the Court deems appropriate in order to complete fact discovery in this matter.

Per the Amended Scheduling Order, fact discovery is due to close on July 17, 2015, having been extended by order of this Court following a joint motion to extend filed on January 13, 2015. However, many of the reasons for that first extension remain at issue now: various discovery disputes between the parties remain unresolved, which leaves open the potential for additional document productions once these disputes are resolved. At the same time, the parties have been hesitant to schedule certain depositions while issues related to document discovery remain unresolved because, if additional documents are produced, those depositions (including third party depositions) may need to be reopened.

Therefore, the parties have conferred and believe an additional expansion of the current schedule is required to allow the parties to complete fact discovery in good order.

**A.      Background**

This case turns on the publication of an article written by Dr. Steven Devor and others (the "Devor Article") in Defendant's Journal of Strength and Conditioning Research (the "JSCR"). The Devor Article purports to find a high rate of injury observed in a ten-week study of CrossFit participants. *See* Compl. (Dkt. No. 1) ¶¶ 40-42. Plaintiff contends that the findings reported in the article were false, and that the NSCA, which exercised editorial control of the journal and its contents, knew of this error and failed to correct it. *See id.* ¶¶ 49-52. Defendant contends that the authors of the study stand by the accuracy of the article, and that the article in question was authored by independent researchers and was the subject of a "rigorous peer-review process." Rule 26 Statement (Dkt. No. 18) at 3-4.

As set out more fully in the parties' first Joint Motion to Extend Discovery Dates (Dkt. No. 33) and supporting declaration of Paul A. Serritella (Dkt. No. 33-1), both filed on January 13, 2015, the parties have engaged in discovery since the commencement of this action. Early on, the parties conferred on discovery schedules, electronic data standards and a confidentiality order. After various conferences with the Court, an initial Scheduling Order was entered on October 3, 2014 (Dkt. No. 24.) The parties also exchanged discovery requests and responses and objections thereto, and met and conferred in an effort to resolve any areas of disagreement.   However, the following points of dispute remain unresolved:

- Whether Defendant may withhold the identities of the individuals who reviewed the Devor Article on the basis of a "peer review" privilege;

- Whether Defendant must disclose the compensation the NSCA paid to the editors of the Devor Article, who Plaintiff contends

were involved in causing the false statements to be included therein;

- Whether Defendant must produce documents in the production format to which the parties stipulated and that is specified in the Court's August 27, 2014 Order Regarding Electronic Discovery (Dkt. No. 17), including the production of metadata and the production of unitized documents that have yet to be provided;

- Whether Defendant must produce documents related to its financial projections and business plans related to its revenues from licensing, certification and other activities;

- Whether Defendant has conducted a reasonable search of its own files, and those of its agents – the editors of the Devor Article – for responsive documents.

These issues were submitted for resolution in a series of Joint Motions filed on November 3, November 17 and December 18, 2014.[1]  *See* Joint Motion (Dkt. No. 25); Joint Motion (Dkt. No. 30); Joint Motion (Dkt. No. 32).[2]  These motions remain pending at present.  If the Court grants these motions, Defendant (and perhaps certain third-parties) will be required to produce additional documents that Plaintiff believes are critical to discovery in this case.

Because of the aforementioned discovery issues, the parties have not yet been able to conduct certain depositions to which the documents in question would be relevant.[3]  As set out in the January 3 Joint Motion, Plaintiff seeks roughly

---

[1] To date, Defendant has not raised issues to the Court with Plaintiff's responses and objections.

[2] On April 20, 2015, Plaintiff moved to remove the confidentiality designations of certain documents.  *See* Joint Motion (Dkt. No. 51).  That Joint Motion is unlikely to have an effect on the discovery schedule.

[3] On March 10 and March 13, the parties took the depositions of Dr. Michael M. Smith and Dr. Steven Devor, the principal authors of the Devor Article.  Serritella Decl. ¶ 2.

twenty depositions of witnesses with relevant information.  Given both the number of likely deponents and the fact that those deponents reside all across the country and internationally, the parties anticipate that discovery will take months to complete in its entirety.

Faced with these various pending issues and the potential need for additional discovery, the parties recently conferred regarding how to move the discovery forward in the most efficient manner.  Serritella Decl. ¶ 3.  Thereafter, the parties contacted chambers on May 6, 2015 to request a case management conference pursuant to Chambers Rule II.C in an effort to seek guidance from the Court on how to proceed.  Serritella Decl. ¶ 4.  The parties were told to submit a written request for an extension in the form of a joint motion.   Serritella Decl. ¶ 4.  The present joint motion follows.

**B.     DISCUSSION**

Rule IV(C) of the Chamber Rules requires the parties to petition the Court for an extension of the discovery deadlines, which will be granted upon a showing of good cause.  Here, the parties have conferred and believe that good cause exists to extend the present schedule in light of the issues outlined above.

As set out above, numerous discovery disputes remain pending between the parties, which (should they be granted) would require additional document collection, review, and production by the Defendant, and potentially by third parties.  The parties believe the resolution of these issues is a necessary first step to any substantial advancement of the discovery process.

Once the issues outlined above are resolved, the parties anticipate that scheduling and conducting depositions may be time-consuming and complex.  The witnesses in this matter do not reside in any one part of the country, and counsel will be required to travel extensively to complete depositions.  Even if depositions were to begin immediately, the parties believe they could require months to complete.

Therefore, the parties request that the Court extend fact discovery until October 30, 2015, and extend all later dates by an equivalent duration, to enable a full and complete fact discovery process.

The parties are amenable to a conference at the Court's convenience to discuss the request for relief set out herein, or any other issue related to the scheduling of discovery.

Respectfully submitted,

Dated: May 14, 2015

| LATHAM & WATKINS LLP | MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP |
|---|---|
| By: ___/s/ Paul A. Serritella___<br>Paul A. Serritella<br>(*pro hac vice*) | By: ___/s/ Kenneth S. Kawabata___<br>Kenneth S. Kawabata<br>(Bar No. 149391) |
| 885 Third Avenue<br>New York, New York 10022-4834<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>paul.serritella@lw.com | 550 West C Street, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 515-0269<br>Facsimile: (619) 515-0268<br>ksk@manningllp.com |
| *Counsel for Plaintiff CrossFit, Inc.* | *Counsel for Defendant National Strength & Conditioning Association* |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

6

SECOND JOINT MOTION TO EXTEND
DISCOVERY DATES

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Defendant and that I have obtained authorization from Kenneth S. Kawabata to affix his electronic signature to this document.

　　　　/s/ Paul A. Serritella___
　　　　Paul A. Serritella

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

CROSSFIT, INC., v. NATIONAL STRENGTH AND CONDITIONING ASSOCIATION,

District Court Case No. 14-cv-1191-JLS(KSC)

I, Paul A. Serritella, hereby certify that I am over the age of eighteen and not a party to the within action; I am employed by Latham & Watkins LLP in the County of New York at 885 Third Avenue, New York, New York 10022.

On May 14, 2015, I served the document below described as:

**SECOND JOINT MOTION TO EXTEND DISCOVERY DATES**

The document(s) was/were served by the following means:

- **BY ELECTRONIC TRANSMISSION VIA NEF:** I hereby certify that I electronically filed the foregoing document(s) with the Clerk of Court using the CM/ECF system, which sent Notifications of Electronic Filing to the persons at the e-mail addresses listed immediately below. Accordingly, pursuant to the Court's Local Rule 5.4(c), I caused the document(s) to be sent electronically to the persons listed immediately below.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on May 14, 2015 at New York, New York.

____/s/ Paul A. Serritella___

Paul A. Serritella

**SERVICE LIST**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

CROSSFIT, INC., v. NATIONAL STRENGTH AND CONDITIONING ASSOCIATION,

District Court Case No. 14-cv-1191-JLS(KSC)

MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP

Kenneth S. Kawabata

ksk@manningllp.com

550 West C Street

Suite 1900

San Diego, California 92101

Telephone: (619) 515-0269

Facsimile: (619) 515-0268

Anthony J. Ellrod

aje@manningllp.com

801 S Figueroa St., 15th Floor

Los Angeles, California 90017

Telephone: (213) 624-6900

Facsimile: (213) 624-6999