FILED

Tн

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation,<br><br>                    Defendant. | CASE NO. 14cv1191-JLS(KSC)<br><br>ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE FOR COMPLETING FACT DISCOVERY FOR THE SOLE PURPOSE OF COMPLETING CERTAIN DEPOSITIONS OF THIRD PARTY WITNESSES<br><br>[Doc. No. 64.] |

Before the Court is the parties' Third Joint Motion to Extend Discovery Dates. [Doc. No. 64.] In the Joint Motion, the parties seek a brief, 30-day continuance of the deadline for completing fact discovery. The reason for the request is that certain third party witnesses were not available to appear for their depositions prior to the current deadline.

Good cause appearing, IT IS HEREBY ORDERED that the deadline for completing fact discovery is extended to ***November 30, 2015*** solely for the purpose of

1 | deposing the third party witnesses listed in Footnote 1 of the parties' Joint Motion.
2 | [Doc. No. 64, at p. 3.]
3 |     IT IS SO ORDERED.
4 | Date: _____Nov. 5_____, 2015

KAREN S. CRAWFORD
United States Magistrate Judge