1  LATHAM & WATKINS LLP
   Daniel Scott Schecter (SBN 171472)
2  *daniel.schecter@lw.com*
   David F. Kowalski (SBN 265527)
3  *david.kowalski@lw.com*
   355 South Grand Avenue
4  Los Angeles, CA  90071
   Telephone:   (213) 485-1234
5  Facsimile:   (213) 891-8763

6  LATHAM & WATKINS LLP
   David F. Kowalski (Bar No. 265527)
7  *david.kowalski@lw.com*
   12670 High Bluff Drive
8  San Diego, CA 92130
   Telephone:   (858) 523-5400
9  Facsimile:   (858) 523-5450

10 LATHAM & WATKINS LLP
   Blair Connelly (SBN 174460))
11 *blair.connelly@lw.com*
   William O. Reckler (admitted *pro hac vice*)
12 *william.reckler@lw.com*
   Paul A. Serritella (admitted *pro hac vice*)
13 *paul.serritella@lw.com*
   885 Third Avenue
14 New York, NY  10022
   Telephone:   (212) 906-1658
15 Facsimile:   (212) 751-4864

16 Micha "Mitch" Danzig (SBN 177923)
   mdanzig@mintz.com
17 Justin Nahama (SBN 281087)
   jsnahama@mintz.com
18 Abbey Jahnke (SBN 302454)
   ajahnke@mintz.com
19 MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
   3580 Carmel Mountain Road, Suite 300
20 San Diego, CA  92130
   Telephone:   (858) 314-1500
21 Facsimile:   (858) 314-1501

22 *Attorneys for Plaintiff*
   *CROSSFIT, INC.*
23

24 MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP
   Kenneth S. Kawabata (Bar No. 149391)
25 *ksk@manningllp.com*
   550 West C Street, Suite 1900
26 San Diego, California 92101
   Telephone:   (619) 515-0269
27 Facsimile:   (619) 515-0268

28

1  MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP
   Anthony J. Ellrod (Bar No. 136574)
2  aje@manningllp.com
   801 S. Figueroa St., 15th Floor
3  Los Angeles, California 90017
   Telephone:  (213) 624-6900
4  Facsimile:   (213) 624-6999

5  *Attorneys for Defendant*
   NATIONAL STRENGTH AND CONDITIONING ASSOCIATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CROSSFIT, INC., a Delaware corporation, | Case No. 3:14-cv-01191-JLS-KSC |
|---|---|
| Plaintiff, | **JOINT MOTION TO EXTEND EXPERT DISCOVERY DATES** |
| v. | The Hon. Karen S. Crawford |
| NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation, | |
| Defendant. | |

Pursuant to the Chamber Rules and Civil Pretrial Procedures of the Honorable Karen S. Crawford, Plaintiff CrossFit, Inc. ("CrossFit" or "Plaintiff") and Defendant National Strength and Conditioning Association ("NSCA" or "Defendant") (collectively, the "Parties") hereby jointly petition the Court to extend the deadlines for expert discovery set forth in the Court's July 16, 2015 Second Amended Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (Doc. No. 62) (the "Scheduling Order") for thirty days so the parties may focus their time and resources on mediation while temporarily suspending expert-related costs.

Pursuant to the Scheduling Order, the Court set the following expert-related deadlines ("Expert Deadlines"):

- 01/18/2016:  Expert Witness Disclosures Due.
- 02/01/2016:  Last Day to Disclose Expert Rebuttal Evidence.
- 03/01/2016:  Expert Discovery Cutoff.

"Absent an order of the Court, no stipulation continuing or altering this requirement will be recognized by the Court."  In light of the approaching Expert Deadlines, CrossFit and the NSCA have conferred and agree that a brief thirty-day extension is necessary so the parties can focus their resources on mediation in mid-January and temporarily suspend their respective expert analyses to reduce costs.  For this reason, the Parties request that the Court extend the Expert Deadlines as follows so the Parties may focus on mediation:

- 02/18/2016:  Expert Witness Disclosures Due
- 03/01/2016:  Last Day to Disclose Expert Rebuttal Evidence
- 04/01/2016:  Expert Discovery Cutoff

In support of this Motion, CrossFit and the NSCA also represent that they have met and conferred on several fact discovery-related disputes.  Several of the disputes are in the process of being informally resolved, but the Parties have reached an impasse concerning at least three discovery issues.  By mediating in mid-January 2016, and extending the Expert Deadlines, the Parties will have an opportunity to

1  reach a global resolution before filing their Joint Discovery Motions.
2      The Parties are amenable to a conference at the Court's convenience to discuss
3  this request or any other discovery issues in this case.
4  Respectfully Submitted,

6  Dated:  December 31, 2015        MINTZ LEVIN COHN FERRIS GLOVSKY
                                    AND POPEO PC

                                    By */s/Micha Danzig*
                                        Micha Danzig, Esq.
                                        SBN 177923

                                    3580 Carmel Mountain Road, Suite 300
                                    San Diego, CA  92130
                                    Telephone:  (858) 314-1500
                                    Facsimile:  (858) 314-1501

                                    *Counsel for Plaintiff*
                                    *CROSSFIT, INC.*


                                    MANNING & KASS, ELLROD, RAMIREZ,
                                    TRESTER LLP

                                    By */s/Kenneth S. Kawabata*
                                        Kenneth S. Kawabata, Esq.
                                        (Bar No. 149391)

                                    550 West C Street, Suite 1900
                                    San Diego, CA  92101
                                    Telephone:  (619) 515-0269
                                    Facsimile:  (619) 515-0268

                                    *Counsel for Defendant*
                                    *NATIONAL STRENGTH AND*
                                    *CONDITIONING ASSOCIATION*

1  Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative
2  Policies and Procedures of the United States District Court for the Southern District
3  of California, I certify that the content of this document is acceptable to counsel for
4  the Defendant and that I have obtained authorization from Kenneth S. Kawabata to
5  affix his electronic signature to this document.

/s/Micha Danzig
Micha Danzig, Esq.

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On December 31, 2015, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Anthony J. Ellrod | aje@manningllp.com, nxl@manningllp.com |
| Daniel Scott Schecter | daniel.schecter@lw.com |
| David F. Kowalski | david.kowalski@lw.com, alison.montera@lw.com, cary.port@lw.com |
| Justin S. Nahama | JSNahama@mintz.com, docketing@mintz.com, kjenckes@mintz.com |
| Kenneth Shoji Kawabata | ksk@manningllp.com, mxr@mmker.com, wrd@manningllp.com |
| Micha Danzig | mdanzig@mintz.com, acarozza@mintz.com, amjahnke@mintz.com, docketing@mintz.com, TLMayo@mintz.com |
| Paul A. Serritella | paul.serritella@lw.com, elizabeth.evans@lw.com, jessica.bengels@lw.com, katelyn.beaudette@lw.com, rachel.kohn@lw.com, sadie.diaz@lw.com |
| William O. Reckler | william.reckler@lw.com |

Executed on December 31, 2015, at San Diego, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

                                          /s/Micha Danzig
                                          Micha Danzig, Esq.