| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Daniel Scott Schecter (SBN 171472) |
| 2 | *daniel.schecter@lw.com* |
| | David F. Kowalski (SBN 265527) |
| 3 | *david.kowalski@lw.com* |
| | 355 South Grand Avenue |
| 4 | Los Angeles, CA 90071 |
| | Telephone: (213) 485-1234 |
| 5 | Facsimile: (213) 891-8763 |
| 6 | LATHAM & WATKINS LLP |
| | David F. Kowalski (Bar No. 265527) |
| 7 | *david.kowalski@lw.com* |
| | 12670 High Bluff Drive |
| 8 | San Diego, CA 92130 |
| | Telephone: (858) 523-5400 |
| 9 | Facsimile: (858) 523-5450 |
| 10 | LATHAM & WATKINS LLP |
| | Blair Connelly (SBN 174460)) |
| 11 | *blair.connelly@lw.com* |
| | William O. Reckler (admitted *pro hac vice*) |
| 12 | *william.reckler@lw.com* |
| | Paul A. Serritella (admitted *pro hac vice*) |
| 13 | *paul.serritella@lw.com* |
| | 885 Third Avenue |
| 14 | New York, NY 10022 |
| | Telephone: (212) 906-1658 |
| 15 | Facsimile: (212) 751-4864 |
| 16 | Micha "Mitch" Danzig (SBN 177923) |
| | mdanzig@mintz.com |
| 17 | Justin Nahama (SBN 281087) |
| | jsnahama@mintz.com |
| 18 | Abbey Jahnke (SBN 302454) |
| | ajahnke@mintz.com |
| 19 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC |
| | 3580 Carmel Mountain Road, Suite 300 |
| 20 | San Diego, CA 92130 |
| | Telephone: (858) 314-1500 |
| 21 | Facsimile: (858) 314-1501 |
| 22 | *Attorneys for Plaintiff* |
| | *CROSSFIT, INC.* |
| 23 | |
| 24 | MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP |
| | Kenneth S. Kawabata (Bar No. 149391) |
| 25 | *ksk@manningllp.com* |
| | 550 West C Street, Suite 1900 |
| 26 | San Diego, California 92101 |
| | Telephone: (619) 515-0269 |
| 27 | Facsimile: (619) 515-0268 |
| 28 | |

| | |
|---|---|
| 1 | MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP |
| | Anthony J. Ellrod (Bar No. 136574) |
| 2 | *aje@manningllp.com* |
| | 801 S. Figueroa St., 15th Floor |
| 3 | Los Angeles, California 90017 |
| | Telephone: (213) 624-6900 |
| 4 | Facsimile: (213) 624-6999 |
| 5 | *Attorneys for Defendant* |
| | NATIONAL STRENGTH AND CONDITIONING ASSOCIATION |
| 6 | |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 10 | CROSSFIT, INC., a Delaware corporation, | Case No. 3:14-cv-01191-JLS-KSC |
| 11 | | **JOINT MOTION TO EXTEND EXPERT DISCOVERY DATES** |
| 12 | Plaintiff, | |
| 13 | v. | The Hon. Karen S. Crawford |
| 14 | NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation, | |
| 15 | | |
| 16 | Defendant. | |

Case No. 3:14-cv-01191-JLS-KSC

Pursuant to the Chamber Rules and Civil Pretrial Procedures of the Honorable Karen S. Crawford, Plaintiff CrossFit, Inc. ("CrossFit" or "Plaintiff") and Defendant National Strength and Conditioning Association ("NSCA" or "Defendant") (collectively, the "Parties") hereby jointly petition the Court to extend the deadlines for expert discovery set forth in the Court's July 16, 2015 Second Amended Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (Doc. No. 62) (the "Scheduling Order") for thirty days so the parties may focus their time and resources on mediation while temporarily suspending expert-related costs.

Pursuant to the Scheduling Order, the Court set the following expert-related deadlines ("Expert Deadlines"):

- 01/18/2016: Expert Witness Disclosures Due.
- 02/01/2016: Last Day to Disclose Expert Rebuttal Evidence.
- 03/01/2016: Expert Discovery Cutoff.

"Absent an order of the Court, no stipulation continuing or altering this requirement will be recognized by the Court." In light of the approaching Expert Deadlines, CrossFit and the NSCA have conferred and agree that a brief thirty-day extension is necessary so the parties can focus their resources on mediation in mid-January and temporarily suspend their respective expert analyses to reduce costs. For this reason, the Parties request that the Court extend the Expert Deadlines as follows so the Parties may focus on mediation:

- 02/18/2016: Expert Witness Disclosures Due
- 03/01/2016: Last Day to Disclose Expert Rebuttal Evidence
- 04/01/2016: Expert Discovery Cutoff

In support of this Motion, CrossFit and the NSCA also represent that they have met and conferred on several fact discovery-related disputes. Several of the disputes are in the process of being informally resolved, but the Parties have reached an impasse concerning at least three discovery issues. By mediating in mid-January 2016, and extending the Expert Deadlines, the Parties will have an opportunity to

1

1  reach a global resolution before filing their Joint Discovery Motions.

2      The Parties are amenable to a conference at the Court's convenience to discuss this request or any other discovery issues in this case.

Respectfully Submitted,

Dated: December 31, 2015

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC

By */s/Micha Danzig*
    Micha Danzig, Esq.
    SBN 177923

3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501

*Counsel for Plaintiff*
*CROSSFIT, INC.*


MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP

By */s/Kenneth S. Kawabata*
    Kenneth S. Kawabata, Esq.
    (Bar No. 149391)

550 West C Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

*Counsel for Defendant*
*NATIONAL STRENGTH AND*
*CONDITIONING ASSOCIATION*

| | |
|---|---|
| 1 | Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative |
| 2 | Policies and Procedures of the United States District Court for the Southern District |
| 3 | of California, I certify that the content of this document is acceptable to counsel for |
| 4 | the Defendant and that I have obtained authorization from Kenneth S. Kawabata to |
| 5 | affix his electronic signature to this document. |

*/s/Micha Danzig*
Micha Danzig, Esq.

# **CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On December 31, 2015, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Anthony J. Ellrod | aje@manningllp.com, nxl@manningllp.com |
| Daniel Scott Schecter | daniel.schecter@lw.com |
| David F. Kowalski | david.kowalski@lw.com, alison.montera@lw.com, cary.port@lw.com |
| Justin S. Nahama | JSNahama@mintz.com, docketing@mintz.com, kjenckes@mintz.com |
| Kenneth Shoji Kawabata | ksk@manningllp.com, mxr@mmker.com, wrd@manningllp.com |
| Micha Danzig | mdanzig@mintz.com, acarozza@mintz.com, amjahnke@mintz.com, docketing@mintz.com, TLMayo@mintz.com |
| Paul A. Serritella | paul.serritella@lw.com, elizabeth.evans@lw.com, jessica.bengels@lw.com, katelyn.beaudette@lw.com, rachel.kohn@lw.com, sadie.diaz@lw.com |
| William O. Reckler | william.reckler@lw.com |

Executed on December 31, 2015, at San Diego, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

*/s/Micha Danzig*
Micha Danzig, Esq.