FILED

2016 FEB 10  PM 2: 19

*Th*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>                         Plaintiff,<br><br>vs.<br><br><br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation,<br><br>                        Defendant. | CASE NO. 14cv1191-JLS(KSC)<br><br>**ORDER GRANTING JOINT APPLICATION TO CONTINUE THE DATES AND DEADLINES IN THE THIRD AMENDED SCHEDULING ORDER [Doc. No. 68]**<br><br>**FOURTH AMENDED SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** |

Before the Court is the parties' Joint Application to Continue Dates and Deadlines in the Third Amended Scheduling Order. [Doc. No. 68.] The reason for the parties' request for another extension of the dates in the Scheduling Order is that they wish to attend private mediation and were unable to obtain a date from a private mediator until March 16, 2016. In order to focus their efforts on mediation, the parties wish to delay the time and expense necessary to complete expert discovery. For the reasons outlined in the parties' Joint Motion and for good cause shown, the parties' Joint Application is GRANTED.

1   Based on foregoing, IT IS HEREBY ORDERED THAT:

2   1.   On or before *April 1, 2016*, each party shall comply with the disclosure

3   provisions in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure.  This

4   disclosure requirement applies to all persons retained or specially employed to provide

5   expert testimony, or whose duties as an employee of the party regularly involve the

6   giving of expert testimony.

7   2.   Any party shall supplement its disclosure regarding contradictory or

8   rebuttal evidence under Rule 26(a)(2)(D) on or before *April 15, 2016*.

9   3.   All expert discovery shall be completed by all parties on or before *May 13,*

10   *2016*.  The parties shall comply with the same procedures set forth in the paragraph

11   governing fact discovery.

12   4.   Please be advised that failure to comply with discovery deadlines or any

13   other discovery order of the Court may result in the sanctions provided for in Federal

14   Rule of Civil Procedure 37, including a prohibition on the introduction of experts or

15   other designated matters in evidence.

16   5.   A Mandatory Settlement Conference shall be conducted on *June 1, 2016*

17   at *9:30 a.m.* in the chambers of Magistrate Judge Karen S. Crawford, United States

18   Courthouse, 333 West Broadway, Suite 1010, San Diego, California 92101.  Counsel

19   or any party representing himself or herself shall submit confidential settlement briefs

20   directly to chambers no later than *May 25, 2016*. **All parties are ordered to read and**

21   **to fully comply with the settlement conference procedures set forth in Judge**

22   **Crawford's Chambers Rules** which are accessible via the Court's website at

23   www.casd.uscourts.gov.

24   6.   All other pretrial motions must be filed on or before *July 11, 2016*.

25   Counsel for the moving party must obtain a motion hearing date from the law clerk of

26   the District Judge who will hear the motion.  The period of time between the date you

27   request a hearing for your motion and the hearing date set by the law clerk may vary

28   / / /

7.    from one District Judge to another.  Please plan accordingly.  Failure to make a timely request for a motion date may result in the motion not being heard.

8.    Counsel shall file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) on or before ***October 20, 2016***.

9.    Counsel shall comply with the pre-trial disclosure requirements of Federal Rule of Civil Procedure 26(a)(3) on or before ***October 20, 2016***.  Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Federal Rule of Civil Procedure 37.

10.    Counsel shall meet and take the action required by Local Rule 16.1(f)(4) on or before ***October 27, 2016***.  At this meeting, counsel shall discuss and attempt to enter into stipulations and agreements resulting in simplification of the triable issues. Counsel shall exchange copies and/or display all exhibits other than those to be used for impeachment.   The exhibits shall be prepared in accordance with Local Rule 16.1(f)(4)(c). Counsel shall note any objections they have to any other parties' Pretrial Disclosures under Federal Rules of Civil Procedure 26(a)(3).  Counsel shall cooperate in the preparation of the proposed pretrial conference order.

11.    Counsel for plaintiff will be responsible for preparing the pretrial order and arranging the meetings of counsel pursuant to Civil Local Rule 16.1(f).  On or before ***November 3, 2016***, plaintiff's counsel must provide opposing counsel with the proposed pretrial order for review and approval. Opposing counsel must communicate promptly with plaintiff's attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

12.    The Proposed Final Pretrial Conference Order, including objections to any other parties' Federal Rule 26(a)(3) Pretrial Disclosures shall be prepared, served and lodged with the assigned District Judge on or before ***November 10, 2016***, and shall be in the form prescribed in and comply with Local Rule 16.1(f)(6).

/ / /

13.     The final Pretrial Conference is scheduled on the calendar of **Judge Sammartino** on ***November 17, 2016*** at **1:30 p.m**.

14.     A post trial settlement conference before a Magistrate Judge may be held within 30 days of verdict in the case.

15.     The dates and times set forth herein will not be modified except for good cause shown.

16.     Briefs or memoranda in support of or in opposition to any pending motion shall not exceed twenty-five (25) pages in length without leave of a District Court Judge.  No reply memorandum shall exceed ten (10) pages without leave of a District Court Judge.  Briefs and memoranda exceeding ten (10) pages in length shall have a table of contents and a table of authorities cited.

17.     All other terms and conditions of the Scheduling Orders filed on October 3, 2014 [Doc. No. 24], January 22, 2015 [Doc. No. 34], July 16, 2015 [Doc. No. 62], November 5, 2015 [Doc. No. 65], and January 27, 2016 shall remain in full force and effect.

**IT IS SO ORDERED.**

Date: _____*Feb. 10*_____, 2016

KAREN S. CRAWFORD
United States Magistrate Judge