UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation,<br><br>Defendant. | Case No.: 14cv1191 JLS (KSC)<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO AMEND**<br><br>(ECF No. 71) |

Presently before the Court is the parties' Joint Motion for Leave to Amend. (ECF No. 71.) Good cause appearing, the Court hereby **GRANTS** the parties' Joint Motion. **IT IS HEREBY ORDERED** that Plaintff's First Amended Complaint, attached to the Joint Motion as Exhibit D, (ECF No. 71-6), shall be deemed filed as of the date this Order is electronically docketed. The deadline by which Defendant must respond to the First Amended Complaint shall be calculated accordingly.

**IT IS SO ORDERED.**

Dated: February 29, 2016

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge