LATHAM & WATKINS LLP
Daniel Scott Schecter (SBN 171472)
*daniel.schecter@lw.com*
David F. Kowalski (SBN 265527)
*david.kowalski@lw.com*
355 South Grand Avenue
Los Angeles, CA  90071
Telephone:   (213) 485-1234
Facsimile:   (213) 891-8763

LATHAM & WATKINS LLP
Blair Connelly (SBN 174460))
*blair.connelly@lw.com*
William O. Reckler (admitted *pro hac vice*)
*william.reckler@lw.com*
Paul A. Serritella (admitted *pro hac vice*)
*paul.serritella@lw.com*
885 Third Avenue
New York, NY  10022
Telephone:   (212) 906-1658
Facsimile:   (212) 751-4864

Micha "Mitch" Danzig (SBN 177923)
mdanzig@mintz.com
Justin Nahama (SBN 281087)
jsnahama@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
3580 Carmel Mountain Road, Suite 300
San Diego, CA  92130
Telephone:   (858) 314-1500
Facsimile:   (858) 314-1501

Attorneys for Plaintiff
CROSSFIT, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation,<br><br>　　　　　　　　Defendant. | Case No. 3:14-cv-01191-JLS-KSC<br><br>**PLAINTIFF'S APPLICATION TO FILE MATERIALS UNDER SEAL**<br><br>Judge:　　　　The Honorable Janis L. Sammartino<br><br>Hearing date:　June 16, 2016 at 1:30pm<br>Courtroom:　　4A |

Pursuant to Local Rule 79.2 and Chambers Rule IX, Plaintiff hereby applies to file certain documents, listed below, under seal (the "Application"). Redacted copies of these documents will be publicly filed.

1. Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Partial Summary Judgment on the Element of Falsity;

2. Separate Statement of Undisputed Material Facts in Support of Plaintiff's Motion for Partial Summary Judgment on the Element of Falsity;

3. Declaration of Justin S. Nahama in Support of Plaintiff's Motion for Partial Summary Judgment on the Element of Falsity (the "Nahama Declaration");

4. Exhibits D through N, O, P, T, U, V, and KK to the Nahama Declaration.

This application is made on the grounds that:

1. "Compelling reasons" exists to allow public filing of the redacted documents, and sealing of the unredacted versions. *Foltz v. State Farm Mut. Auto Ins Co.,* 331 F.3d 1122, 1135 (9th Cir. 2003).

2. The redacted content in Exhibits D-N and KK consists of the names of the study coordinator and participants in the study described in the Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment on the Element of Falsity. They are all non-parties. This application is made in order to protect these non-parties from the risk of undue burden, harassment, and annoyance, and to protect their sensitive personal information, including medical information.

3. The Application balances the public's interest in disclosure by seeking primarily the redaction of names and limited substantive content. *See In re Midland Nat'l Life Ins. Co. Annuity Sales Practices Litig.,* 686 F.3d 1115, 1120 (9th Cir. 2012) (ordering "the district court [to] permit the parties in the underlying cases to redact sensitive personal . . . information before unsealing the records").

4. The Court previously granted Plaintiff's request to file Exhibits D through N documents under seal in conjunction with Plaintiff's first Motion for Summary Judgment [Dkt. 40]. The same information appears in Exhibit KK.

5. Exhibits P, T, U and V to the Nahama Declaration are documents that non-party the American College of Sports Medicine ("ACSM") has designated "Confidential" pursuant to the Protective Order in this action.

6. Exhibit O to the Nahama Declaration is a document containing sensitive business information that CrossFit, Inc. previously designated "Confidential" pursuant to the Protective Order in this action.

Accordingly, Plaintiff requests that the Court enter an Order permitting the above referenced documents to be filed under seal. A Proposed Order granting this Application has been submitted herewith.

Respectfully submitted,

Dated: April 6, 2016      MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC

By  s/*Justin S. Nahama*
    Micha Danzig, Esq.
    Justin S. Nahama, Esq.

    *Attorneys for Plaintiff*
    *CrossFit, Inc.*

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On April 6, 2016, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Anthony J. Ellrod | aje@manningllp.com, nxl@manningllp.com |
| Daniel Scott Schecter | daniel.schecter@lw.com |
| David F. Kowalski | david.kowalski@lw.com, alison.montera@lw.com, cary.port@lw.com |
| Justin S. Nahama | JSNahama@mintz.com, docketing@mintz.com, kjenckes@mintz.com |
| Kenneth Shoji Kawabata | ksk@manningllp.com, brb@mmker.com, wrd@manningllp.com |
| Micha Danzig | mdanzig@mintz.com, acarozza@mintz.com, amjahnke@mintz.com, docketing@mintz.com, TLMayo@mintz.com |
| Paul A. Serritella | paul.serritella@lw.com, elizabeth.evans@lw.com, jessica.bengels@lw.com, katelyn.beaudette@lw.com, rachel.kohn@lw.com, sadie.diaz@lw.com |
| William O. Reckler | william.reckler@lw.com |

Executed on April 6, 2016, at San Diego, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

s/*Justin S. Nahama*
Justin S. Nahama, Esq.