LATHAM & WATKINS LLP
   David F. Kowalski (Bar No. 265527)
   *david.kowalski@lw.com*
12670 High Bluff Drive
San Diego, California 92130
Telephone:   (858) 523-5400
Facsimile:   (858) 523-5450

LATHAM & WATKINS LLP
   Blair Connelly (Bar No. 174460)
   *blair.connelly@lw.com*
   William O. Reckler (pro hac vice – N.Y. Bar No. 4154894)
   *william.reckler@lw.com*
   Paul A. Serritella (pro hac vice – N.Y. Bar. No. 4408613)
   *paul.serritella@lw.com*
885 Third Avenue
New York, New York 10022-4834
Telephone:   (212) 906-1200
Facsimile:   (212) 751-4864

MINTZ LEVIN COHN FERRIS GLOVSKY AND
POPEO PC
   Micha "Mitch" Danzig (SBN 177923)
   *mdanzig@mintz.com*
   Justin Nahama (SBN 281087)
   *jsnahama@mintz.com*
3580 Carmel Mountain Road, Suite 300
San Diego, CA  92130
Telephone:   (858) 314-1500
Facsimile:   (858) 314-1501

Attorneys for Plaintiff CrossFit, Inc.

## UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation, | **CASE NO.  14cv1191-JLS (KSC)** |
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR RENEWED PARTIAL SUMMARY JUDGMENT ON THE ELEMENT OF FALSITY** |
| v. | |
| NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation, | Judge:        The Honorable Janis L. Sammartino |
| Defendant. | Hearing date:  June 16, 2016 at 1:30pm<br>Courtroom:     4A |

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that Plaintiff CrossFit, Inc. moves the Court for partial summary judgment on the element of falsity as related to the Devor Study's injury data, pursuant to Rule 56 of the Federal Rules of Civil Procedure.  The hearing on Plaintiff's motion will be held on June 16, 2016 at 1:30pm at the United States District Court for the Southern District of California, 221 West Broadway, Courtroom 4A, San Diego, California 92101.

This motion is based on this Notice of Motion and Motion for Partial Summary Judgment on the Element of Falsity, Plaintiff's Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment on the Element of Falsity, the Separate Statement of Undisputed Material Facts in Support of Plaintiff's Motion for Partial Summary Judgment on the Element of Falsity, the Declaration of Justin S. Nahama in Support of Plaintiff's Motion for Partial Summary Judgment on the Element of Falsity and exhibits thereto, the records and pleadings on file herein, and on such other evidence as may be presented to the Court.  Plaintiff requests oral argument.

Dated:  April 6, 2016

Respectfully Submitted,
MINTZ LEVIN COHN FERRIS GLOVSKY
AND POPEO PC

By     /s/Justin Nahama
Micha Danzig, Esq.
Justin Nahama, Esq.

3580 Carmel Mountain Road, Suite 300
San Diego, CA  92130
Telephone:  (858) 314-1500
Facsimile:   (858) 314-1501

*Counsel for Plaintiff*
*CROSSFIT, INC.*

2

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On April 6, 2016, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Anthony J. Ellrod | aje@manningllp.com, nxl@manningllp.com |
| Daniel Scott Schecter | daniel.schecter@lw.com |
| David F. Kowalski | david.kowalski@lw.com, alison.montera@lw.com, cary.port@lw.com |
| Justin S. Nahama | JSNahama@mintz.com, docketing@mintz.com, kjenckes@mintz.com |
| Kenneth Shoji Kawabata | ksk@manningllp.com, brb@manningllp.com, wrd@manningllp.com |
| Micha Danzig | mdanzig@mintz.com,acarozza@mintz.com, amjahnke@mintz.com, docketing@mintz.com, TLMayo@mintz.com |
| Paul A. Serritella | paul.serritella@lw.com, elizabeth.evans@lw.com, jessica.bengels@lw.com, katelyn.beaudette@lw.com, rachel.kohn@lw.com, sadie.diaz@lw.com |
| William O. Reckler | william.reckler@lw.com |

Executed on April 6, 2016, at San Diego, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

*/s/Justin Nahama*
Justin S. Nahama, Esq.