1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10
11

CROSSFIT, INC., a Delaware
corporation,

12

Plaintiff,

13

v.

14
15

NATIONAL STRENGTH AND
CONDITIONING ASSOCIATION, a

16

Colorado corporation,

17

Defendant.

Case No.:  14cv1191 JLS (KSC)

**ORDER GRANTING APPLICATION
TO FILE MATERIALS UNDER
SEAL**

(ECF No. 73)

18      Presently before the Court is Plaintiff's Application to File Materials Under Seal.
19  (ECF No. 73.)  Plaintiff wishes to file under seal its Memorandum of Point and Authorities
20  in Support of Renewed Motion for Partial Summary Judgment on the Element of Falsity
21  and a series of related documents.  Plaintiff states that it will file redacted public versions
22  of these documents but wishes to keep private names and other personal information for
23  participants in a study relevant to the Motion as well as "some limited substantive content."
24  Plaintiff also wishes to file under seal documents that Plaintiff and non-party American
25  College of Sports Medicine designated confidential pursuant to the Protective Order in this
26  action, ECF No. 14.

27      Having reviewed Plaintiff's Application to File Materials Under Seal and the
28  documents in question, the Court concludes that good cause exists to seal the documents.

Accordingly, the Court **GRANTS** Defendant's request to file under seal:

1.      Plaintiff's Memorandum of Points and Authorities in Support of Renewed Motion for Partial Summary Judgment on the Element of Falsity;

2.      Separate Statement of Undisputed Material Facts in Support of Plaintiff's Renewed Motion for Partial Summary Judgment on the Element of Falsity;

3.      Declaration of Justin S. Nahama in Support of Plaintiff's Renewed Motion for Partial Summary Judgment on the Element of Falsity (the Nahama Declaration); and

4.      Exhibits D–N, O, P, T, U, V, and KK to the Nahama Declaration.

  **IT IS SO ORDERED.**

Dated:  April 7, 2016

          Hon. Janis L. Sammartino
          United States District Judge