UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>                          Plaintiff,<br><br>v.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation,<br><br>                         Defendant. | Case No.:  14cv1191 JLS (KSC)<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>(ECF No. 74) |

    Presently before the Court is Plaintiff's Motion for Partial Summary Judgment on the Element of Falsity. (ECF No. 74.) Defendant **SHALL FILE** a response to this Motion on or before May 5, 2016. Plaintiff **SHALL FILE** its reply, if any, on or before May 19, 2016.

    **IT IS SO ORDERED.**

Dated:  April 7, 2016

                                                      Hon. Janis L. Sammartino
                                                      United States District Judge