LATHAM & WATKINS LLP
Daniel Scott Schecter (SBN 171472)
*daniel.schecter@lw.com*
David F. Kowalski (SBN 265527)
*david.kowalski@lw.com*
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
David F. Kowalski (Bar No. 265527)
*david.kowalski@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Facsimile: (858) 523-5450

LATHAM & WATKINS LLP
Blair Connelly (SBN 174460))
*blair.connelly@lw.com*
William O. Reckler (admitted *pro hac vice*)
*william.reckler@lw.com*
Paul A. Serritella (admitted *pro hac vice*)
*paul.serritella@lw.com*
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1658
Facsimile: (212) 751-4864

Micha "Mitch" Danzig (SBN 177923)
mdanzig@mintz.com
Justin Nahama (SBN 281087)
jsnahama@mintz.com
Abbey Jahnke (SBN 302454)
ajahnke@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501

*Attorneys for Plaintiff*
CROSSFIT, INC.

MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP
Kenneth S. Kawabata (Bar No. 149391)
*ksk@manningllp.com*
550 West C Street, Suite 1900
San Diego, California 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

**JOINT APPLICATION TO CONTINUE DATES AND DEADLINES IN FOURTH AMENDED SCHEDULING ORDER**

MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP
Anthony J. Ellrod (Bar No. 136574)
aje@manningllp.com
801 S. Figueroa St., 15th Floor
Los Angeles, California 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

*Attorneys for Defendant*
NATIONAL STRENGTH AND CONDITIONING ASSOCIATION

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSS-FIT, INC., a Delaware corporation,,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation,,<br><br>Defendant. | Case No. 14CV1191 JLS KSC<br><br>**JOINT APPLICATION TO CONTINUE EXPERT DATES AND DEADLINES IN THE FOURTH AMENDED SCHEDULING ORDER**<br><br>Judges: The Hon. Janis L. Sammartino<br><br>The Hon. Karen S. Crawford<br><br>Crtrm.: 4A |

Pursuant to the Chamber Rules and Civil Pretrial Procedures of the Honorable Karen S. Crawford (the "Chamber Rules"), Plaintiff CrossFit, Inc. ("CrossFit" or "Plaintiff") and Defendant National Strength and Conditioning Association ("NSCA" or "Defendant") hereby jointly petition the Court to briefly continue the pending deadlines for expert discovery set out in its February 10, 2016 Fourth Amended Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings (Dkt. No. 69) (the "Fourth Amended Scheduling Order") and for such other measures as the Court deems appropriate in order to complete expert discovery in this matter.

Per the operative Fourth Amended Scheduling Order, the parties are obligated to supplement their expert disclosures regarding contradictory or rebuttal evidence by April 15, 2016, having been extended by order of this Court following a prior Joint

Application to Continue Dates and Deadlines in the Third Amended Scheduling Order. (Dkt. No. 68; Dkt. No. 69 ¶ 2.) The parties have stipulated that NSCA may have more time to review and rebut CrossFit, Inc.'s damages-related expert report. The parties therefore respectfully request a one (1) week extension of the deadline to supplement expert disclosures regarding contradictory or rebuttal evidence, an extension of all later expert discovery dates by an equivalent duration to enable a full and complete discovery process, and an expert discovery cut-off date of May 31, 2016 to accommodate both parties' expert witnesses availability for deposition. This would push the rebuttal deadline to **April 22, 2016** and the expert discovery cut-off date to **May 31, 2016**.

As set forth in greater detail in joint discovery motions already heard by this Court, the instant case relates to an article published in Defendant's Journal of Strength and Conditioning Research that Plaintiff contends was knowingly published with false and disparaging information about its business and training program. (*See* Dkt. No. 52 at 3:5-14.) Defendant counters that the article was authored by independent researchers and was subject to a rigorous peer review process prior to its publication. (*Ibid.*) Both parties will depend heavily upon expert testimony to prove various aspects of their claims and defenses, including but not limited to the issue of damages.

On April 1, 2016, pursuant to the terms of the Fourth Amended Scheduling Order, the parties served on each other their respective Rule 26 expert reports. CrossFit, Inc.'s damages report is extensive and includes an analysis of internet and social media statistics, in addition to a purported proprietary survey of potential customers. Rule IV(C) of the Chamber Rules requires the parties to petition the Court for an extension of the discovery deadlines, which will be granted upon a showing of good cause. Here, the parties have conferred and believe that good cause exists to extend the present schedule in light of the issues outlined above, and have hereby stipulated as such by their respective counsel's signatures below. In order to properly respond to and rebut the lengthy expert reports served by CrossFit, Defendant requires an additional week, and Plaintiff has agreed to this request.

1    Therefore, the parties respectfully request that the Court extend the expert
2 discovery rebuttal deadline for one (1) week to **April 22, 2016**, extend all later expert
3 discovery dates by an equivalent duration to enable a full and complete discovery
4 process, and extend the expert discovery deadline to May 30, 2016 to accommodate
5 both parties' experts availability for deposition. The parties are amenable to a
6 conference at the Court's convenience to discuss the request for relief set out herein, or
7 any other issues related to the scheduling of discovery.

Respectfully submitted,

Dated: April 8, 2016

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC

/s/Micha Danzig
By
  Micha Danzig, Esq.
  SBN 177923

3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501
Counsel for Plaintiff CROSSFIT, INC.

MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP

/s/Kenneth S. Kawabata
By
  Kenneth S. Kawabata, Esq.
  SBN 149391

550 West C Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 515-0269
Facsimile: (619) 515-0268

Counsel for Defendant NATIONAL STRENGTH AND CONDITIONING ASSOCIATION

*Cross-Fit, Inc. v. National Strength and Conditioning Association*
Case No. 14CV1191 JLS KSC

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is 550 West C Street, Suite 1900, San Diego, California 92101. On April 8, 2016, I served the document described as follows:

**JOINT APPLICATION TO CONTINUE EXPERT DATES AND DEADLINES IN THE FOURTH AMENDED SCHEDULING ORDER**

☒ VIA ELECTRONIC FILING SERVICE: Complying with Local Rule 5.4(a) mandatory electronic filing, my electronic business address is wrd@manningllp.com I caused such document(s) to be electronically served through the CM/ECF system for the above-entitled case to those parties on the Service List maintained on the CM/ECF website for this case. The file transmission was reported as complete and a copy of the Filing/Service Receipt will be maintained with the original document(s) in our office.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on April 8, 2016, at San Diego, California.

WENDY DENTON

1