LATHAM & WATKINS LLP
Daniel Scott Schecter (SBN 171472)
*daniel.schecter@lw.com*
David F. Kowalski (SBN 265527)
*david.kowalski@lw.com*
355 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
Blair Connelly (SBN 174460))
*blair.connelly@lw.com*
William O. Reckler (admitted *pro hac vice*)
*william.reckler@lw.com*
Paul A. Serritella (admitted *pro hac vice*)
*paul.serritella@lw.com*
885 Third Avenue
New York, NY 10022
Telephone: (212) 906-1658
Facsimile: (212) 751-4864

Micha "Mitch" Danzig (SBN 177923)
mdanzig@mintz.com
Justin Nahama (SBN 281087)
jsnahama@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501

Attorneys for Plaintiff
CROSSFIT, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation,<br><br>　　　　　　　Defendant. | Case No. 3:14-cv-01191-JLS-KSC<br><br>**PLAINTIFF'S APPLICATION TO FILE MATERIALS UNDER SEAL IN SUPPORT OF JOINT MOTION FOR DETERMINATION OF DISCOVERY DISPUTE [PEER REVIEWER IDENTITIES]**<br><br>Judge:　　　The Honorable Janis L. Sammartino<br>Courtroom:　4A |

Pursuant to Local Rule 79.2 and Chambers Rule IX, Plaintiff hereby applies to file certain documents, listed below, under seal (the "Application"). Redacted copies of these documents will be publicly filed.

1. Plaintiff and Defendant's portion of the parties' Joint Motion for Determination of Discovery Dispute [Peer Reviewer Identities] ("Joint Motion");

2. Declaration of Mitch (Micha) Danzig in Support of the Joint Motion (the "Danzig Declaration");

3. Exhibits N, P, S, T, V, and W to the Danzig Declaration.

This application is made on the grounds that:

1. "Compelling reasons" exists to allow public filing of the redacted documents, and sealing of the un-redacted versions. *Foltz v. State Farm Mut. Auto Ins Co.,* 331 F.3d 1122, 1135 (9th Cir. 2003).

2. Exhibit S to the Danzig Declaration is a document containing sensitive business information that CrossFit, Inc. previously designated "Confidential" pursuant to the Protective Order in this action and that the Court previously sealed (Dkt No. 75).

3. Exhibits P,T,V, and W to the Danzig Declaration are documents that non-party the American College of Sports Medicine ("ACSM") has designated "Confidential" pursuant to the Protective Order in this action. The Court recently granted CrossFit, Inc.'s request to file these exhibits under seal in connection with CrossFit, Inc.'s Renewed Motion for Partial Summary Judgment (Dkt No. 75).

4. Exhibit N to the Danzig Declaration is a document that non-party Lippincott Williams & Wilkins has designated "Confidential" pursuant to the Protective Order in this action.

///
///
///
///

1

Accordingly, Plaintiff requests that the Court enter an Order permitting the above referenced documents to be filed under seal. A Proposed Order granting this Application has been submitted herewith.

Respectfully submitted,

Dated: May 5, 2016

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC

By *Micha Danzig*
Micha Danzig, Esq.
Justin S. Nahama, Esq.

*Attorneys for Plaintiff CrossFit, Inc.*

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On May 6, 2016, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Anthony J. Ellrod | aje@manningllp.com, nxl@manningllp.com |
| Daniel Scott Schecter | daniel.schecter@lw.com |
| David F. Kowalski | david.kowalski@lw.com, alison.montera@lw.com, cary.port@lw.com |
| Justin S. Nahama | JSNahama@mintz.com, docketing@mintz.com, kjenckes@mintz.com |
| Kenneth Shoji Kawabata | ksk@manningllp.com, brb@mmker.com, wrd@manningllp.com |
| Micha Danzig | mdanzig@mintz.com, acarozza@mintz.com, amjahnke@mintz.com, docketing@mintz.com, TLMayo@mintz.com |
| Paul A. Serritella | paul.serritella@lw.com, elizabeth.evans@lw.com, jessica.bengels@lw.com, katelyn.beaudette@lw.com, rachel.kohn@lw.com, sadie.diaz@lw.com |
| William O. Reckler | william.reckler@lw.com |

Executed on May 6, 2016, at San Diego, California. I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

*s/Micha Danzig*
Micha Danzig