UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>                                    Plaintiff,<br><br>v.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation,<br><br>                                    Defendant. | Case No.: 14cv1191 JLS (KSC)<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF AN AMENDED SCHEDULING ORDER**<br><br>(ECF No. 127) |

Presently before the Court is the Parties' Joint Motion for Entry of an Amended Scheduling Order ("Joint Mot.") (ECF No. 127). On October 22, 2016, Plaintiff Crossfit and Defendant National Strength and Conditioning Association ("NSCA") submitted an Amended Joint *Ex Parte* Motion to Postpone Pretrial Proceedings by 90 Days or Longer ("Am. Postponement Mot.") (ECF No. 123). On October 27, 2016, the Court granted the Amended Postponement Motion and ordered the parties to within one week file a joint motion for entry of an amended scheduling order including proposed deadlines. (ECF No. 125.) In the interim, Defendant NSCA filed a Motion seeking, in part, an order certifying for interlocutory appeal under 28 U.S.C. § 1292(b) a discrete aspect of the Court's October 21, 2016 Order regarding the Parties' Cross Motions for Summary Judgment ("Interlocutory Appeal Mot.") (ECF No. 121).

Good cause appearing, the Court hereby **AMENDS THE CURRENT CASE SCHEDULE** as follows:[1]

- The Mandatory Settlement Conference is hereby scheduled for a date to be subsequently determined by Magistrate Judge Karen S. Crawford;
- The deadline for filing Memoranda of Contentions of Fact and Law is hereby scheduled for February 17, 2017;
- The deadline to comply with pre-trial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) is hereby scheduled for February 17, 2017;
- The deadline for meeting of counsel pursuant to Civ. L.R. 16.1(f)(4) is hereby scheduled for February 24, 2017;
- The deadline for Crossfit's counsel to provide the Proposed Pretrial Order to NSCA's counsel for review and approval is hereby scheduled for March 9, 2017;
- The deadline to file a Proposed Final Pretrial Order is hereby scheduled for March 16, 2017;
- The Final Pretrial Conference is hereby scheduled for March 23, 2017.

**IT IS SO ORDERED.**

Dated:  October 6, 2016

Hon. Janis L. Sammartino
United States District Judge

---

[1] As the Parties note, "[t]he outcome of NSCA's motion for certification . . . may affect the schedule . . . ." (Joint Mot. 2.)  However, the Court will address any changes, if necessary, upon resolution of NSCA's Interlocutory Appeal Motion.