UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation,<br><br>Defendant. | Case No.: 14cv1191 JLS (KSC)<br><br>**ORDER CONTINUING PRETRIAL CONFERENCE AND ALL RELATED DATES**<br><br>(ECF No. 153) |

Presently before the Court is Plaintiff's *Ex Parte* Application to Postpone Pre-Trial Proceedings and Trial Date Due to Newly Discovered Discovery Misconduct ("Postponement Mot."). (ECF No. 153.) Although many of the pretrial deadlines are currently set within several weeks of the date on which Plaintiff filed its Postponement Motion, Plaintiff seeks to postpone the Final Pretrial Conference and related deadlines until the following dates:

/ / /

/ / /

/ / /

/ / /

1

   • Rule 26(a)(3) Disclosures: <u>December 5, 2017</u>;

   • Memorandum of Contentions of Fact and Law: <u>December 7, 2017</u>;

   • Meeting of Counsel: <u>December 14, 2017</u>;

   • Proposed Pretrial Order: <u>December 30, 2017</u>;

   • Final Pretrial Conference: <u>January 4, 2018</u>.

(Postponement Mot. 15.)

  The Postponement Motion is based on "the grounds that, well after the completion of discovery in this matter and merely weeks before the first pre-trial filing deadlines, Defendant . . . produced hundreds of documents in a related action pending in California state court that—<u>on their face</u>—are directly responsive to discovery propounded in this action and thus should have been produced in the instant litigation." (Notice of Postponement Mot. 1 (emphasis original).) "Based on the sample of previously withheld documents identified during numerous controlled searches, CrossFit has identified at least ten additional witnesses who CrossFit did not have a reason to depose" given Defendant's discovery and disclosure failures. (Nahama Decl. ¶ 3, ECF No. 153-1.) "[A]mong the withheld documents" Plaintiff has thus far identified, "there are at least <u>fifty</u> that will be key trial exhibits in this case, but CrossFit has been deprived of the opportunity to explore these documents in discovery." (Postponement Mot. 1 (emphasis original).)

  Although Defendant has not submitted any documents to the Court regarding the Postponement Motion, CrossFit attached to its Motion a February 2, 2017 email from one of Defendant NSCA's lead attorneys in this case stating that "[r]egarding the proposal for the continuance, the NSCA agrees these dates should be continued." The NSCA continued, however, "that going into January 2018 for the Pre-Trial Conference is a long continuance[,]" and instead proposed "a 150 day continuance of the dates . . . [as] more appropriate." (Nahama Decl. Ex O, ECF No. 153-2.) CrossFit disagrees: "Five months . . . is simply not sufficient time for CrossFit's Sanctions Motion to be heard and, if terminating sanctions are not awarded, [for CrossFit to] complete discovery, file its dispositive motions

///

based on the newly discovered evidence, and adequately prepare for trial." (Postponement Mot. 14.)

Federal Rule of Civil Procedure 16(b)(4) provides that "[a] schedule may be modified only for good cause and with the judge's consent." In the present case, the Court is satisfied that there is good cause to modify the scheduling Order in line with CrossFit's request, *see, e.g.*, *Wei v. Bodner*, 127 F.R.D. 91, 95–96 (D.N.J. 1989) ("The framework provided for discovery by Fed. R. Civ. P. 26 evinces a broad policy favoring full disclosure of facts before trial to aid the search for the truth."), especially given the fact that CrossFit has yet to fully discover the breadth of the alleged discovery abuses and their impacts on its case. Accordingly, the Court **MODIFIES** the schedule as follows:

- Rule 26(a)(3) Disclosures **SHALL BE DUE** by December 5, 2017;
- Memorandum of Contentions of Fact and Law **SHALL BE DUE** by December 7, 2017;
- Meeting of Counsel **SHALL OCCUR** on or before December 14, 2017;
- Proposed Pretrial Order **SHALL BE DUE** December 30, 2017;
- Final Pretrial Conference **SHALL OCCUR** on January 4, 2018 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated:  February 9, 2017

Hon. Janis L. Sammartino
United States District Judge