James R. Lance (State Bar No. 147173
  jlance@noonanlance.com
Steven W. Sanchez (State Bar No. 128669) (*Contract Counsel*)
  steven@stevensanchezlaw.com
Genevieve M. Ruch (State Bar No. 285722)
  gruch@noonanlance.com
**NOONAN LANCE BOYER & BANCH, LLP**
701 Island Avenue, Suite 400
San Diego, California 92101
Telephone:  (619) 780-0880/Fax: (619) 780-0877

Kenneth S. Kawabata (State Bar No. 149391)
  *ksk@manningllp.com*
**MANNING & KASS,
ELLROD, RAMIREZ, TRESTER LLP**
550 West C Street, Ste. 1900
San Diego, California  92101
Telephone: (619) 515-0269/Fax: (619) 515-0268

Bruce Isaacs (State Bar No. 100926)
  bruceisaacs@dwt.com
Sean M. Sullivan (State Bar No. 229104)
  seansullivan@dwt.com
Diana Palacios (State Bar No. 290923)
  dianapalacios@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800/Fax: (213) 633-6899

Attorneys for Defendant NATIONAL STRENGTH AND CONDITIONING ASSOCIATION

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSS-FIT, INC., a Delaware corporation,,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation,,<br><br>    Defendant. | Case No. 14CV1191 JLS KSC<br>[Assigned to Judge:   Hon. Janis L. Sammartino]<br><br>**MOTION BY DAVIS WRIGHT TREMAINE LLP FOR LEAVE TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT NATIONAL STRENGTH AND CONDITIONING ASSOCIATION**<br><br>(Filed Concurrently with Declaration of Bruce Isaacs; and [Proposed] Order)<br><br>Dept: 4A<br>The Honorable Janis L. Sammartino |

{02163609}

Case No. 14CV1191 JLS KSC

4836-1716-9510v.1 0106849-000001

**MOTION FOR LEAVE TO WITHDRAW AS CO-COUNSEL BY DAVIS WRIGHT TREMAINE LLP**

**TO PLAINTIFF CROSSFIT, INC. AND ITS COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Southern District Local Civil Rule 83.3(g)(3), Bruce Isaacs ("Isaacs") of the law firm of Davis Wright Tremaine LLP ("DWT") and DWT request leave to withdraw as co-counsel of record for Defendant National Strength and Conditioning Association (the "NSCA").

Withdrawal will neither prejudice any of the parties nor delay trial, as Defendant the NSCA has been and will continue to be represented by Noonan Lance Boyer & Banach, LLP. As of May 21, 2018, Isaacs will be a full-time neutral mediator/arbitrator for Benchmark Resolution Group and will no longer be practicing law as an advocate.

Isaacs and DWT are currently on the caption page and on the ECF filing list and they wish to be removed. Isaacs has informed the NSCA of his and DWT's intent to withdraw and has received no objection.

DATED: May 16, 2018          **DAVIS WRIGHT TREMAINE LLP**

By: */s/ Bruce Isaacs*
Bruce Isaacs
Attorney for Defendant NATIONAL STRENGTH AND CONDITIONING ASSOCIATION

# MEMORANDUM OF POINTS AND AUTHORITIES

As set forth in the Declaration of Bruce Isaacs submitted concurrently herewith, good cause exists to grant Bruce Isaacs' and DWT's motion to withdraw as co-counsel in this matter.

DATED: May 16, 2018         **DAVIS WRIGHT TREMAINE LLP**

By: */s/ Bruce Isaacs*
    Bruce Isaacs
    Attorney for Defendant NATIONAL STRENGTH AND CONDITIONING ASSOCIATION

# PROOF OF SERVICE

*Cross-Fit, Inc. v. National Strength and Conditioning Association*
U.S.D.C. Southern District of California Case No. 3:14-CV-01191JLS-KSC

I the undersigned, declare:

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 865 S. Figueroa Street, Suite 2400, Los Angeles, CA 90017.

On May 16, 2018, I served true copies of the following documents described as:

**MOTION BY DAVIS WRIGHT TREMAIN, LLP FOR LEAVE TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT NATIONAL STREINGTH AND CONDITIONING ASSOCIATION**

on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the documents with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 16, 2018, at Los Angeles, California.

Lina Pearmain

Case No. 14CV1191 JLS KSC

{02163609}
4813-5807-9846v.1 0106849-000001

PROOF OF SERVICE