James R. Lance (State Bar No. 147173
  jlance@noonanlance.com
Steven W. Sanchez (State Bar No. 128669) (*Contract Counsel*)
  steven@stevensanchezlaw.com
Genevieve M. Ruch (State Bar No. 285722)
  gruch@noonanlance.com
**NOONAN LANCE BOYER & BANCH, LLP**
701 Island Avenue, Suite 400
San Diego, California 92101
Telephone:  (619) 780-0880/Fax: (619) 780-0877

Kenneth S. Kawabata (State Bar No. 149391)
  *ksk@manningllp.com*
**MANNING & KASS,
ELLROD, RAMIREZ, TRESTER LLP**
550 West C Street, Ste. 1900
San Diego, California  92101
Telephone: (619) 515-0269/Fax: (619) 515-0268

Bruce Isaacs (State Bar No. 100926)
  bruceisaacs@dwt.com
Sean M. Sullivan (State Bar No. 229104)
  seansullivan@dwt.com
Diana Palacios (State Bar No. 290923)
  dianapalacios@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017-2566
Telephone: (213) 633-6800/Fax: (213) 633-6899

Attorneys for Defendant NATIONAL STRENGTH AND CONDITIONING ASSOCIATION

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CROSS-FIT, INC., a Delaware corporation,,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation,,<br><br>    Defendant. | Case No. 14CV1191 JLS KSC<br>[Assigned to Hon. Janis L. Sammartino]<br><br>**DECLARATION OF BRUCE ISAACS IN SUPPORT OF MOTION BY DAVIS WRIGHT TREMAINE LLP FOR LEAVE TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT NATIONAL STRENGTH AND CONDITIONING ASSOCIATION**<br><br>Filed Concurrently with Motion By Davis Wright Tremaine LLP For Leave to Withdraw as Co-Counsel; Memorandum of Points and Authorities; and [Proposed] Order |

# DECLARATION OF BRUCE ISAACS

I, Bruce Isaacs, hereby declare and state:

1. I am an attorney duly admitted to practice before this Court. I am currently a partner with Davis Wright Tremaine LLP ("DWT"), co-counsel of record for Defendant National Strength and Conditioning Association (the "NSCA") in the above entitled action.

2. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, I could and would testify competently to these facts under oath.

3. As of May 18, 2018, I am retiring from the practice of law to become a full-time mediator/arbitrator with Benchmark Resolution Group.

4. Given that I am leaving my law firm DWT, both DWT and I request permission to withdraw from this matter as co-counsel for the NSCA.

5. I have communicated both orally and in writing with my client to advise it of my retirement to become a full-time mediator/arbitrator and the NSCA has stated to me that it does not object to the withdrawal of DWT or of me as co-counsel in this matter.

6. The NSCA will still be represented by James R. Lance, Steven W. Sanchez, and Genevieve M. Ruch of Noonan Lance Boyer & Banach, LLP..

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

Executed on May 16, 2018 in Los Angeles, California.

*/s/ Bruce Isaacs*
Bruce Isaacs

# PROOF OF SERVICE

*Cross-Fit, Inc. v. National Strength and Conditioning, Association*
U.S.D.C. Southern District of California Case No. 3:14-CV-01191JLS-KSC

I the undersigned, declare:

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 865 S. Figueroa Street, Suite 2400, Los Angeles, CA 90017.

On May 16, 2018, I served true copies of the following documents described as:

**DECLARATION OF BRUCE ISAACS IN SUPPORT OF MOTION BY DAVIS WRIGHT TREMAINE LLP FOR LEAVE TO WITHDRAW AS CO-COUNSEL FOR DEFENDANT NATIONAL STRENGTH AND CONDITIONING ASSOCIATION**

on the interested parties in this action as follows:

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the documents with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 16, 2018, at Los Angeles, California.

Lina Pearmain

{02163609}
4813-5807-9846v.1 0106849-000001

Case No. 14CV1191 JLS KSC
PROOF OF SERVICE