# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation,<br><br>Defendant. | Case No.: 14-CV-1191 JLS (KSC)<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD**<br><br>(ECF No. 246) |

Presently before the Court is a Motion to Withdraw as Counsel of Record for Defendant National Strength and Conditioning Association, (ECF No. 246). Bruce Isaacs of the law firm Davis Wright Tremaine LLP requests leave to withdraw as co-counsel for Defendant. Defendant has been and will continue to be represented by Noonan Lance Boyer & Banach, LLP.

Good cause appearing, the Court **GRANTS** the Motion. The Clerk **SHALL** update the docket to reflect the withdrawal.

**IT IS SO ORDERED.**

Dated: May 17, 2018

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge