James R. Lance (State Bar No. 147173)
  jlance@noonanlance.com
Steven W. Sanchez (State Bar No. 128669)
  (Contract Counsel)
  steven@stevensanchezlaw.com
Genevieve M. Ruch (State Bar No. 285722)
  gruch@noonanlance.com
**NOONAN LANCE BOYER & BANACH, LLP**
701 Island Avenue, Suite 400
San Diego, California  92101
Telephone: (619) 780-0880/Fax: (619) 780-0877

Attorneys for Defendant NATIONAL STRENGTH AND CONDITIONING ASSOCIATION

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation,<br><br>    Defendant. | Case No.: 3:14-CV-01191-JLS-KSC<br><br>**NATIONAL STRENGTH AND CONDITIONING ASSOCIATION'S APPLICATION TO FILE UNDER SEAL DOCUMENT RE ITS OPPOSITION TO CROSSFIT'S RENEWED MOTION FOR TERMINATING SANCTIONS**<br><br>Date:   09/5/19<br>Time:   1:30 p.m.<br>Ctrm:   4D<br>Judge:  Hon. Janis L. Sammartino<br>Magistrate: Hon. Karen S. Crawford |

1    Pursuant to Local Rule 79.2, Defendant National Strength and Conditioning
2    Association ("NSCA") hereby applies to file the following documents, listed below,
3    under seal:
4    1.    Exhibit 28 to the Declaration of Genevieve M. Ruch in support of
5    Defendant National Strength and Conditioning Association's Opposition to
6    CrossFit, Inc.'s Renewed Motion for Terminating Sanctions (Dkt. 326).
7    This application is made on the grounds that:
8    1.    Compelling reasons exist to seal this document.
9    2.    Exhibit 28 to the Ruch Declaration is an email from counsel for
10   CrossFit to counsel for the NSCA and Stroz Friedberg.  The email discusses the
11   Devor Article and contains the names and personal email addresses of the peer
12   reviewers of the Devor Article.  Pursuant to the Court's multiple Orders (Dkts. 128
13   at 2:10-15 and 350 at 4:16-18), there is good cause to redact the names of the peer
14   reviewers and their personal email addresses from this document.
15   Accordingly, the NSCA requests that the Court enter an Order permitting the
16   Exhibit 28 to the Declaration of Genevieve M. Ruch to be filed under seal.

18   Dated:  August 1, 2019          NOONAN LANCE BOYER & BANACH, LLP

                                     By:  */s/ Genevieve M. Ruch*
                                          James R. Lance
                                          Steven W. Sanchez (Contract Counsel)
                                          Genevieve M. Ruch
                                          Attorneys for Defendant NATIONAL
                                          STRENGTH AND CONDITIONING
                                          ASSOCIATION