UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROSSFIT, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL STRENGTH AND CONDITIONING ASSOCIATION, a Colorado corporation,<br><br>    Defendant. | Case No.: 14-CV-1191 JLS (KSC)<br><br>**ORDER APPROVING JOINT STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>(ECF No. 430) |

Presently before the Court is Plaintiff CrossFit, Inc. ("CrossFit") and Defendant National Strength and Conditioning Association's ("NSCA") Joint Stipulation of Dismissal of Entire Action with Prejudice ("Stip.," ECF No. 430). Good cause appearing, the Court **APPROVES** the Stipulation. All claims in the above-captioned action asserted by CrossFit against NSCA are **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs. The Clerk of the Court **SHALL CLOSE** the file.

   **IT IS SO ORDERED.**

Dated: April 8, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge